ALLIANCE COMMERCIAL CLEANING INC
7905 Browning Road
Suite 100
Pennsauken NJ 08109

1408-5366
ORG1:1 Region NJ
ORG2:2 Production
EE ID: 8915    DD

JONATHAN MIMS
525 NEWTON LAKE DR
APT D0317
OAKLYN NJ 08107-1616

**PERSONAL AND CHECK INFORMATION**
Jonathan Mims
525 Newton Lake Dr
Apt D0317
Oaklyn, NJ 08107-1616
**Employee ID:** 8915

**Home Department:** 2 Production / 1 Region NJ

**Pay Period:** 06/03/24 to 06/16/24
**Check Date:** 06/21/24    **Check #:** 20290

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 178 | 1299.46 | 5921.72 |
| **NET PAY** | **1299.46** | **5921.72** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 72.3400 | 18.0000 | 1302.12 | 313.1100 | 5635.98 |
| | Overtime | 5.7500 | 27.0000 | 155.25 | 43.1500 | 1165.05 |
| | Holiday | | | | 8.0000 | 144.00 |
| | Total Hours | 78.0900 | | | 364.2600 | |
| | Total Hrs Worked | 78.0900 | | | | |
| | Gross Earnings | | | 1457.37 | | 6945.03 |
| | Misc Reimbursem | | | 50.00 | | 50.00 |
| | **REIMB & OTHER PAYMENTS** | | | 50.00 | | 50.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.36 | 430.59 |
| Medicare | | 21.13 | 100.70 |
| Fed Income Tax | H | 61.51 | 328.83 |
| NJ Income Tax | SMCU 0 | 27.41 | 157.23 |
| NJ Disability | | 1.31 | 6.25 |
| NJ Unemploy | | 5.57 | 26.56 |
| NJ EE Work Dev | | 0.62 | 2.95 |
| **TOTAL** | | **207.91** | **1053.11** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Misc Deduction | | 9.20 |
| Uniform 1 | | 11.00 |
| **TOTAL** | | **20.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1299.46 | 5921.72 |

ALLIANCE COMMERCIAL CLEANING INC
7905 Browning Road
Suite 100
Pennsauken NJ 08109

1408-5366
ORG1:1 Region NJ
ORG2:2 Production
EE ID: 8915    DD

JONATHAN MIMS
525 NEWTON LAKE DR
APT D317
OAKLYN NJ 08107-1616

**PERSONAL AND CHECK INFORMATION**
Jonathan Mims
525 Newton Lake Dr
Apt D317
Oaklyn, NJ 08107-1616
**Employee ID:** 8915

**Home Department:** 2 Production / 1 Region NJ

**Pay Period:** 06/17/24 to 06/30/24
**Check Date:** 07/05/24    **Check #:** 20445

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 178 | 1075.02 | 6996.74 |
| **NET PAY** | **1075.02** | **6996.74** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 68.6800 | 18.0000 | 1236.24 | 381.7900 | 6872.22 |
| | Overtime | | | | 43.1500 | 1165.05 |
| | Holiday | | | | 8.0000 | 144.00 |
| | Total Hours | 68.6800 | | | 432.9400 | |
| | Total Hrs Worked | 68.6800 | | | | |
| | Gross Earnings | | | 1236.24 | | 8181.27 |
| | Misc Reimbursem | | | | | 50.00 |
| | REIMB & OTHER PAYMENTS | | | | | 50.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 76.65 | 507.24 |
| Medicare | | 17.93 | 118.63 |
| Fed Income Tax | H | 39.39 | 368.22 |
| NJ Income Tax | SMCU 0 | 20.88 | 178.11 |
| NJ Disability | | 1.11 | 7.36 |
| NJ Unemploy | | 4.73 | 31.29 |
| NJ EE Work Dev | | 0.53 | 3.48 |
| **TOTAL** | | **161.22** | **1214.33** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Misc Deduction | | 9.20 |
| Uniform 1 | | 11.00 |
| **TOTAL** | | **20.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1075.02 | 6996.74 |

ALLIANCE COMMERCIAL CLEANING INC
7905 Browning Road
Suite 100
Pennsauken NJ 08109

1408-5366
ORG1:1 Region NJ
ORG2:2 Production
EE ID: 8915            DD

JONATHAN MIMS
525 NEWTON LAKE DR
APT D317
OAKLYN NJ 08107-1616

## PERSONAL AND CHECK INFORMATION

Jonathan Mims
525 Newton Lake Dr
Apt D317
Oaklyn, NJ 08107-1616
**Employee ID:** 8915

**Home Department:** 2 Production / 1 Region NJ

**Pay Period:** 07/01/24 to 07/14/24
**Check Date:** 07/19/24    **Check #:** 20600

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 178 | 589.43 | 7586.17 |
| **NET PAY** | **589.43** | **7586.17** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 28.2500 | 18.0000 | 508.50 | 410.0400 | 7380.72 |
| | Overtime | | | | 43.1500 | 1165.05 |
| | Holiday | 8.0000 | 18.0000 | 144.00 | 16.0000 | 288.00 |
| | **Total Hours** | 36.2500 | | | 469.1900 | |
| | **Total Hrs Worked** | 28.2500 | | | | |
| | **Gross Earnings** | | | 652.50 | | 8833.77 |
| | Misc Reimbursem | | | | | 50.00 |
| | **REIMB & OTHER PAYMENTS** | | | | | 50.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.45 | 547.69 |
| Medicare | | 9.46 | 128.09 |
| Fed Income Tax | H | | 368.22 |
| NJ Income Tax | SMCU 0 | 9.79 | 187.90 |
| NJ Disability | | 0.59 | 7.95 |
| NJ Unemploy | | 2.50 | 33.79 |
| NJ EE Work Dev | | 0.28 | 3.76 |
| **TOTAL** | | 63.07 | 1277.40 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Misc Deduction | | 9.20 |
| Uniform 1 | | 11.00 |
| **TOTAL** | | 20.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 589.43 | 7586.17 |

0943 1408-5366 Alliance Commercial Cleaning Inc • 7905 Browning Road • Suite 100 • Pennsauken NJ 08109 • (856) 931-3300

ALLIANCE COMMERCIAL CLEANING INC
7905 Browning Road
Suite 100
Pennsauken NJ  08109

1408-5366
ORG1:1 Region NJ
ORG2:2 Production
EE ID: 8915          DD

JONATHAN MIMS
525 NEWTON LAKE DR
APT D317
OAKLYN NJ  08107-1616

## PERSONAL AND CHECK INFORMATION
Jonathan Mims
525 Newton Lake Dr
Apt D317
Oaklyn, NJ  08107-1616
**Employee ID:** 8915

**Home Department:** 2 Production / 1 Region NJ

**Pay Period:** 07/15/24 to 07/28/24
**Check Date:** 08/02/24    **Check #:** 20758

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 178 | 1217.40 | 8803.57 |
| **NET PAY** | **1217.40** | **8803.57** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 70.7700 | 18.0000 | 1273.86 | 480.8100 | 8654.58 |
| | Overtime | | | | 43.1500 | 1165.05 |
| | Holiday | | | | 16.0000 | 288.00 |
| | PTO | 7.9100 | 18.0000 | 142.38 | 7.9100 | 142.38 |
| | Total Hours | 78.6800 | | | 547.8700 | |
| | Total Hrs Worked | 70.7700 | | | | |
| | Gross Earnings | | | 1416.24 | | 10250.01 |
| | Misc Reimbursem | | | | | 50.00 |
| | **REIMB & OTHER PAYMENTS** | | | | | 50.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 87.81 | 635.50 |
| Medicare | | 20.54 | 148.63 |
| Fed Income Tax | H | 57.39 | 425.61 |
| NJ Income Tax | SMCU 0 | 25.81 | 213.71 |
| NJ Disability | | 1.27 | 9.22 |
| NJ Unemploy | | 5.42 | 39.21 |
| NJ EE Work Dev | | 0.60 | 4.36 |
| **TOTAL** | | **198.84** | **1476.24** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Misc Deduction | | 9.20 |
| Uniform 1 | | 11.00 |
| **TOTAL** | | **20.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1217.40 | 8803.57 |

ALLIANCE COMMERCIAL CLEANING INC
7905 Browning Road
Suite 100
Pennsauken NJ 08109

1408-5366
ORG1:1 Region NJ
ORG2:2 Production
EE ID: 8915            DD

JONATHAN MIMS
2040 N LAMBERT ST
PHILADELPHIA PA  19121-1412

**PERSONAL AND CHECK INFORMATION**
Jonathan Mims
2040 N Lambert St
Philadelphia, PA  19121-1412
**Employee ID:** 8915

**Home Department:** 2 Production / 1 Region NJ

**Pay Period:** 07/29/24 to 08/11/24
**Check Date:** 08/16/24    **Check #:** 20916

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 178 | 1097.70 | 9901.27 |
| **NET PAY** | **1097.70** | **9901.27** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 73.7200 | 18.0000 | 1326.96 | 554.5300 | 9981.54 |
| | Overtime | | | | 43.1500 | 1165.05 |
| | Holiday | | | | 16.0000 | 288.00 |
| | PTO | | | | 7.9100 | 142.38 |
| | Total Hours | 73.7200 | | | 621.5900 | |
| | Total Hrs Worked | 73.7200 | | | | |
| | Gross Earnings | | | 1326.96 | | 11576.97 |
| | Misc Reimbursem | | | | | 50.00 |
| | **REIMB & OTHER PAYMENTS** | | | | | 50.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 82.27 | 717.77 |
| Medicare | | 19.24 | 167.87 |
| Fed Income Tax | H | 48.47 | 474.08 |
| NJ Income Tax | SMCU 0 | 22.69 | 236.40 |
| NJ Disability | | 1.19 | 10.41 |
| NJ Unemploy | | 5.08 | 44.29 |
| NJ EE Work Dev | | 0.56 | 4.92 |
| PA PHILA-Phi Inc | | 49.76 | 49.76 |
| **TOTAL** | | **229.26** | **1705.50** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Misc Deduction | | 9.20 |
| Uniform 1 | | 11.00 |
| **TOTAL** | | **20.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1097.70 | 9901.27 |