**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | JONATHAN MIMS | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 24-12718 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to November 15, 2024 at 11:15 A.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 10/25/24                         BY:    /Zachary Perlick/
                                                        Zachary Perlick, Esquire
                                                        1420 Walnut Street, Suite 718
                                                        Philadelphia, PA  19102
                                                        (215) 569-2922