UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jonathan Mims | Bankruptcy No.24-12718-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of December, 2024, by first class mail upon those listed below:

Jonathan Mims
MAILING ADDRESS:
6905 N. 19th Street
Philadelphia, PA  19126

**Electronically via CM/ECF System Only:**

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA  19102

                                                    */s/ Kristen Gliem*
                                                    Kristen Gliem
                                                    for
                                                    Scott F. Waterman, Esquire
                                                    Standing Chapter 13 Trustee